# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 24, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148442(77)

DEPARTMENT OF NATURAL RESOURCES
AND ENVIRONMENT, f/k/a DEPARTMENT
OF ENVIRONMENTAL QUALITY,
        Plaintiff-Appellee,

v

REXAIR, INC.,
        Defendant-Appellant.
_____/

SC: 148442
COA: 297663
Ingham CC: 89-064557-CE

      On order of the Chief Justice, the motion of the Michigan Chamber of Commerce to participate as amicus curiae is GRANTED. The amicus brief submitted on February 18, 2014, by the Michigan Chamber of Commerce on the application for leave to appeal is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 24, 2014



Clerk